139 So.2d 300

**Urelee GORDON**

**v.**

**HAILEY AND BUMPASS, CONTRACTORS, INC., et al.**

3 Div. 989.

Supreme Court of Alabama.

March 22, 1962.

Clarence M. Small, Montgomery, for appellant.

Steiner, Crum & Baker, Montgomery, for appellees.

MERRILL, Justice.

This is a companion case to that of Ardelia Gordon v. Hailey and Bumpass, et al., 139 So.2d 296, this day decided.[1] All questions raised in the instant case were decided in that case, and it follows that an affirmance is due on the authority of the companion case.

Affirmed.

LIVINGSTON, C. J., and LAWSON and SIMPSON, JJ., concur.